IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASHIF RANA and SAIMA ANJUM,<br><br>Plaintiffs,<br><br>v.<br><br>YOUXIN GU a/k/a CINDY GU and J.C. INVEST GROUP, INC.,<br><br>Defendants. | No. C 16-05589 WHA<br><br>**SCHEDULING ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER** |

  On July 17, defendants served plaintiffs with notice that their tenancy in their home would be terminated effective September 19 due to plaintiffs' decision to operate a "home daycare." Plaintiffs notified defendants they cancelled their plans and requested that their tenancy be reinstated. On August 10, defendants extended the termination date for plaintiffs' tenancy to October 10.

  On September 30, after several exchanges between counsel for both sides, plaintiffs commenced this action, claiming that defendants' conduct violated federal and state fair housing laws and demanding that defendants reinstate the tenancy.

  On the evening of October 5, nearly a week after commencing this action and nearly four months after receiving the initial notice that their tenancy would be terminated, plaintiffs made an "Ex Parte Emergency Motion For Temporary Restraining Order" (Dkt. No. 15).

  The Court is unwilling to grant ex parte relief, particularly in light of plaintiffs' significant delay in making the instant motion. A hearing on plaintiffs' motion is hereby **SET**

for **TOMORROW, OCTOBER 6, AT 3:00 P.M.**, in Courtroom 8 on the 19th floor of the federal courthouse, 450 Golden Gate Avenue, San Francisco.  The summons, complaint, motion for a temporary restraining order, and all supporting declarations must be served on defendants by **TOMORROW AT 10:00 A.M.**

      **IT IS SO ORDERED.**

Dated:   October 5, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE