IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KASHIF RANA and SAIMA ANJUM,

    Plaintiffs,

 v.

YOUXIN GU a/k/a CINDY GU and J.C. INVEST GROUP, INC.,

    Defendants.

No. C 16-05589 WHA

**TEMPORARY RESTRAINING ORDER**

This order memorializes the order made in court with defendant Youxin Gu and counsel for both defendants present. Both sides agreed to the following:

- Defendants shall not terminate plaintiffs' tenancy until the Court has determined whether a preliminary injunction should issue and plaintiffs shall not operate a home daycare during that time.

- Plaintiffs shall allow defendants to access the premises, upon 24 hours' reasonable notice, to conduct inspections, measurements, and other preparations for renovations, *but not to perform any such renovations yet*.

- Defendants shall respond to plaintiffs' motion by **OCTOBER 20**.

- Plaintiffs may reply by **OCTOBER 27**.

- A hearing is hereby **SET** for **NOVEMBER 3 AT 8:00 A.M.** to determine whether a preliminary injunction shall issue.

- No bond is required in light of plaintiffs' agreement to immediately pay rent for the month of October by check delivered directly to defense counsel.

Plaintiffs shall serve this order on defense counsel.

**IT IS SO ORDERED.**

Dated: October 6, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE