**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASHIF RANA and SAIMA ANJUM,<br><br>Plaintiffs,<br><br>v.<br><br>YOUXIN GU a/k/a CINDY GU and J.C. INVEST GROUP, INC.,<br><br>Defendants.<br>_____/ | No. C 16-05589 WHA<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

This action is hereby **REFERRED** to Judge Donna M. Ryu for settlement. The parties shall promptly contact Judge Ryu's chambers to schedule a settlement conference.

**IT IS SO ORDERED.**

Dated: November 8, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE