UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CONFERENCE MINUTE ORDER

| Date: 12/6/16 | Time: 4.5 hours | Judge: DONNA M. RYU |
|---|---|---|
| Case No.: 3:16-cv-05589-WHA | Case Name: Rana, et al v. Gu, et al | |

**For Plaintiffs:**
Tom Zito
Nadia Aziz
Kashif Rana

**For Defendants:**
Ming Ji
Joseph Bravo
Youxin Gu
Qianqian Hu

**Deputy Clerk:** Ivy Lerma Garcia          **FTR:** 2:16-2:24

PROCEEDINGS

Settlement conference held.

**Results:**   Matter fully settled.

cc:  Chambers