AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

KASHIF RANA AND SAIMA ANJUM
        Plaintiff (s),
V.
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 16 CV 5589 EDL

Notice is hereby given that, subject to approval by the court, __PLAINTIFF YOUXIN GU__ substitutes
(Party (s) Name)

__JOSEPH K. BRAVO__, State Bar No. __CA 107-646__ as counsel of record in
(Name of New Attorney)

place of __MING JI of the VIGOR LAW GROUP__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Bravo Law Offices |
| Address: | 1315 Seventh Avenue |
| Telephone: | (415) 512-6700    Facsimile (415) 512-6716 |
| E-Mail (Optional): | joebravo@bravolaw.com |

I consent to the above substitution.
Date: 11/30/2016

    YOUXIN GU
    (Signature of Party (s))

I consent to being substituted.
Date: 12/2/2016

    MING JI
    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/30/2016

    JOSEPH K. BRAVO
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 7, 2016
                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]