KYRA A. KAZANTZIS (SBN 154612 / kyrak@lawfoundation.org)
DIANA E. CASTILLO (SBN 237281/ dianac@lawfoundation.org)
NADIA AZIZ (SBN 252966/nadia.aziz@lawfoundation.org
THOMAS P. ZITO (SBN 304629 / tom.zito@lawfoundation.org)
FAIR HOUSING LAW PROJECT a project of the
LAW FOUNDATION OF SILICON VALLEY
152 North Third Street, Third Floor
San Jose, California  95112
Telephone:  (408) 280-2410
Facsimile:  (408) 293-0106

Attorneys for Plaintiffs RANA KASHIF and SAIMA ANJUM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| KASHIF RANA and SAIMA ANJUM<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>YOUXIN GU  a/k/a CINDY GU and J.C. INVEST GROUP, INC.<br><br>　　　　　Defendants. | Case No. 3:16-cv-5589-WHA<br><br>NOTICE OF SETTLEMENT AND STIPULATION TO DISSOLVE PRELIMINARY INJUNCTION AND RETURN BOND AND [PROPOSED] ORDER |

　　　　The parties have reached a settlement in this matter.  Therefore, the parties hereby apply for and stipulate to issuance of an order dissolving the preliminary injunction issued on November 14, 2016, and returning the bond of $2,000.00 lodged with the Court to Plaintiffs.

　　　　So stipulated.


Date:  December 7, 2016　　　　　　　　LAW FOUNDATION OF SILICON VALLEY

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Thomas Zito
　　　　　　　　　　　　　　　　　　　　　　　　　Thomas Zito
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

1
2   Date:   December 7, 2016            BRAVO LAW GROUP
3                                       _____/s/ Joe Bravo_____
                                        Joe Bravo
                                        Attorneys for Defendants
4
5              ATTESTATION PURSUANT TO GENERAL ORDER 45
6        I, Thomas Zito, attest that concurrence in the filing of this document has been obtained from each of
7   the signatories.  I declare under penalty of perjury under the laws of the United States of America that the
8   foregoing is true and correct.  Executed on December 7, 2016, at San Jose, California.
9
10                                   __/s/_Thomas Zito__
11                                   Thomas Zito
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER

Based upon the foregoing application and stipulation and good cause appearing, it is hereby ordered that this preliminary injunction issued on November 14, 2016 is dissolved and the Court shall return the bond of $2000.00 to Plaintiffs.

Dated: December 8, 2016

_____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE