KYRA A. KAZANTZIS (SBN 154612 / kyrak@lawfoundation.org)
DIANA E. CASTILLO (SBN 237281/ dianac@lawfoundation.org)
NADIA AZIZ (SBN 252966/nadia.aziz@lawfoundation.org
THOMAS P. ZITO (SBN 304629 / tom.zito@lawfoundation.org)
FAIR HOUSING LAW PROJECT a project of the
LAW FOUNDATION OF SILICON VALLEY
152 North Third Street, Third Floor
San Jose, California  95112
Telephone:  (408) 280-2410
Facsimile:  (408) 293-0106

Attorneys for Plaintiffs RANA KASHIF and SAIMA ANJUM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| KASHIF RANA and SAIMA ANJUM,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>YOUXIN GU a/k/a CINDY GU and J.C. INVEST GROUP, INC.<br><br>　　　　Defendants. | Case No. 3:16-cv-5589-WHA<br><br>[PROPOSED] SUPPLEMENTAL ORDER CONCERNING RETURN OF PLAINTIFFS' BOND |

[PROPOSED] SUPPLEMENTAL ORDER CONCERNING RETURN OF PLAINTIFFS' BOND

The following order supplements the Court's prior order authorizing return of Plaintiffs' Bond (ECF # 43).

1. The Bond of $2,000.00 lodged with the Court along with any accrued interest shall be returned to the Plaintiffs, payable to **Kashif Rana and Saima Anjum**.

2. The Bond shall be mailed to the Plaintiffs at the offices of Plaintiffs' counsel in the following manner:

    c/o Thomas Zito

    Law Foundation of Silicon Valley

    152 N. Third Street, 3rd Floor

    San Jose, CA 95112

IT IS SO ORDERED

Dated: December 12, 2016

                                  HONORABLE WILLIAM ~~H.~~ ALSUP
                                  UNITED STATES DISTRICT COURT JUDGE