KYRA A. KAZANTZIS (SBN 154612 / kyrak@lawfoundation.org)
DIANA E. CASTILLO (SBN 237281/ dianac@lawfoundation.org)
NADIA AZIZ (SBN 252966/nadia.aziz@lawfoundation.org
THOMAS P. ZITO (SBN 304629 / tom.zito@lawfoundation.org)
FAIR HOUSING LAW PROJECT a project of the
LAW FOUNDATION OF SILICON VALLEY
152 North Third Street, Third Floor
San Jose, California  95112
Telephone:  (408) 280-2410
Facsimile:  (408) 293-0106

Attorneys for Plaintiffs RANA KASHIF and SAIMA ANJUM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| KASHIF RANA and SAIMA ANJUM<br><br>         Plaintiffs,<br><br>v.<br><br>YOUXIN GU  a/k/a CINDY GU and J.C. INVEST GROUP, INC.<br><br>         Defendants. | Case No. 3:16-cv-5589-WHA<br><br>STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER |

The parties have reached a settlement in this matter.  Therefore, the parties hereby apply for and stipulate to issuance of an order dismissing this action in its entirety, with the Court to retain jurisdiction over this matter with regards to enforcing the terms of the settlement.

So stipulated.

Date:   January 5, 2017

     /s/ Nadia Aziz
Nadia Aziz
Attorney for Plaintiffs

Date:   January 5, 2017

/s/ Joe Bravo
Joe Bravo
Attorney for Defendants

ATTESTATION PURSUANT TO GENERAL ORDER 45

    I, Nadia Aziz, attest that concurrence in the filing of this document has been obtained from each of the signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 5, 2017, at San Jose, California.

                                  _____/s/_Nadia Aziz__  
                                  Nadia Aziz

### [~~PROPOSED~~] ORDER

Based upon the foregoing application and stipulation and good cause appearing, it is hereby ordered that this action is dismissed in its entirety with the Court to retain jurisdiction to with regards to enforcing the terms of the settlement.

Dated: January 9, 2017

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE